IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN A. KREMER,

    Plaintiff,

V.

MARTHA M. GARLAND, et al.,

    Defendants.

CASE NO. C2-09-084
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

2-5-2009
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE